CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    60 S Market, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5081
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> URIEL CASTANEDA GALLEGOS, <br><br> Defendant. | Case No. 25-CR-00303-BLF <br><br> STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

    On December 11, 2025, the Court arraigned Defendant on the charges alleged in an information. Defendant waived his right to indictment and the Court set a status conference before the Honorable Beth Labson Freeman for January 13, 2026. The Government provided discovery. The defense requires time to investigate certain matters to effectively prepare Defendant's case and to possibly resolve the case.

    The parties stipulate and agree that excluding time until January 13, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 11, 2025, to January 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public

1 | and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2 | IT IS SO STIPULATED                             CRAIG H. MISSAKIAN
                                                   United States Attorney

4 | Dated: December 12, 2025                       /s/ Neal Hong
                                                   NEAL C. HONG
                                                   Assistant United States Attorney

                                                   /s/ Sophia Whiting
                                                   SOPHIA WHITING
                                                   Counsel for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from December 11, 2025, to January 13, 2026. The Court finds that failing to exclude the time from December 11, 2025, to January 13, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 11, 2025, to January 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 11, 2025, to January 13, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  December 15, 2025

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge